No. 23-15285

In The

# United States Court of Appeals for the Ninth Circuit

IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION

MARY CARR, INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED; ET AL.,

*Plaintiffs-Appellees,*

v.

GOOGLE LLC; ET AL.,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Northern District of California,
No. 21-md-2981; No. 20-cv-5761

**EXCERPTS OF RECORD
INDEX VOLUME**

Katherine B. Wellington
HOGAN LOVELLS US LLP
125 High St., Suite 2010
Boston, MA 02110

Neal Kumar Katyal
Jessica L. Ellsworth
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
neal.katyal@hoganlovells.com

June 8, 2023

*Counsel for Defendants-Appellants*

*(Additional Counsel Listed on Inside Cover)*

Brian C. Rocca
Sujal J. Shah
Michelle Park Chiu
Minna Lo Naranjo
Rishi P. Satia
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 422-1001
brian.rocca@morganlewis.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
richard.taffet@morganlewis.com

Kyle W. Mach
Justin P. Raphael
Emily C. Curran-Huberty
MUNGER, TOLLES, & OLSON LLP
560 Mission Street
Twenty Seventh Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: 415-512-4077
kyle.mach@mto.com

Glenn D. Pomerantz
Kuruvilla Olasa
MUNGER, TOLLES, & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: 415-512-4077
glenn.pomerantz@mto.com

*Counsel for Defendants-Appellants*

# TABLE OF CONTENTS

## Volume I of V (Public Volume)

| DOCKET NO.[1] | DOCUMENT | PAGE |
|---|---|---|
| 383 | Order re: Consumer Plaintiffs' Class Certification Motion and Defendants' Motion to Exclude Expert Testimony (11/28/2022) | ER-3 |

## Volume II of V (Public Volume – Redacted)

| DOCKET NO. | DOCUMENT | PAGE |
|---|---|---|
| 10 (No. 22-80140) | Order Granting Petition for Permission to Appeal (2/27/2023) | ER-33 |
| 318 | Class Certification Hearing Transcript (held 8/4/22; filed 8/9/22) (excerpts) | ER-34 |
| 302 | Concurrent Expert Proceedings ("Hot Tub") Hearing Transcript (held 7/19/22; filed 7/23/22) | ER-40 |
| 325-5 (excerpt) | Cramer Declaration Exhibit A61 – Defendants' Reply in Support of Motion to Exclude Testimony of Dr. Hal J. Singer on Class Certification (redacted) (excerpts) | ER-162 |
| 325-5 (excerpt) | Cramer Declaration Exhibit A56 – Deposition of Hal Singer, Ph.D. (excerpts) | ER-167 |
| 325-5 (excerpt) | Cramer Declaration Exhibit A53 – Defendants' Motion to Exclude Testimony of Dr. Hal J. Singer on Class Certification (redacted) (excerpts) | ER-193 |

---

[1] All documents are from N.D. Cal. No. 3:21-md-02981-JD unless otherwise specified.

| | | |
|---|---|---|
| 325-5 (excerpt) | Cramer Declaration Exhibit A48 – Deposition of Richard Feng (excerpts) | ER-198 |
| 325-5 (excerpt) | Cramer Declaration Exhibit A47 – Deposition of Hal Singer, Ph.D. (excerpts) | ER-214 |
| 325-5 (excerpt) | Cramer Declaration Exhibit A45 – Defendants' Opposition to Plaintiffs' Class Certification Motion (redacted) (excerpts) | ER-235 |
| 325-1 (excerpt) | Cramer Declaration Exhibit A5 – Expert Report of Dr. Michelle M. Burtis (redacted) (excerpts) | ER-243 |
| 325-1 (excerpt) | Cramer Declaration Exhibit A3 – Class Certification Reply Report of Hal J. Singer, Ph.D. (redacted) (excerpts) | ER-286 |

**Volume III of V (Public Volume – Redacted)**

| DOCKET NO. | DOCUMENT | PAGE |
|---|---|---|
| 325-1 (excerpt) | Cramer Declaration Exhibit A2 – Class Certification Report of Hal J. Singer, Ph.D. (redacted) (excerpts) | ER-304 |
| 325-1 (excerpt) | Cramer Declaration Exhibit A1 – Consumer Plaintiffs' Motion for Class Certification (redacted) (excerpts) | ER-357 |
| N/A | District Court Docket Sheet (No. 3:20-cv-05761-JD) | ER-365 |
| N/A | District Court Docket Sheet (No. 3:21-md-02981-JD) | ER-431 |

**Volume IV of V (Provisionally-Sealed Volume)**

| DOCKET NO. | DOCUMENT | PAGE |
|---|---|---|
| 272-6 | Shah Declaration Exhibit D – Excerpts from Deposition of Richard Czeslawski | ER-594 |

| DOCKET NO. | DOCUMENT | PAGE |
|---|---|---|
| 272-5 | Shah Declaration Exhibit C – Excerpts from Deposition of Daniel Scalise | ER-611 |
| 272-4 | Shah Declaration Exhibit B – Excerpts from Deposition of Lacey Ellis | ER-624 |

**Volume V of V (Sealed Volume)**

| DOCKET NO. | DOCUMENT | PAGE |
|---|---|---|
| 324-14 (excerpt) | Cramer Declaration Exhibit A61 – Defendants' Reply in Support of Motion to Exclude Testimony of Dr. Hal J. Singer on Class Certification (excerpts) | ER-643 |
| 324-13 (excerpt) | Cramer Declaration Exhibit A53 – Defendants' Motion to Exclude Testimony of Dr. Hal J. Singer on Class Certification (excerpt) | ER-648 |
| 324-13 (excerpt) | Cramer Declaration Exhibit A45 – Defendants' Opposition to Plaintiffs' Class Certification Motion (excerpts) | ER-652 |
| 324-10 (excerpt) | Cramer Declaration Exhibit A5 – Expert Report of Dr. Michelle M. Burtis (excerpts) | ER-659 |
| 324-9 | Cramer Declaration Exhibit A3 – Class Certification Reply Report of Hal J. Singer, Ph.D. (excerpts) | ER-702 |
| 324-7 & 324-8 | Cramer Declaration Exhibit A2 – Class Certification Report of Hal J. Singer, Ph.D. (excerpts) | ER-716 |
| 324-6 | Cramer Declaration Exhibit A1 – Consumer Plaintiffs' Motion for Class Certification (excerpts) | ER-768 |

## CERTIFICATE OF SERVICE

I certify that on June 8, 2023, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all registered users.

<u>/s/ Neal Kumar Katyal</u>
Neal Kumar Katyal