UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JUN 15 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: GOOGLE PLAY STORE ANTITRUST LITIGATION,<br><br>------------------------------<br><br>MARY CARR, Individually and on behalf of all others similarly situated; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>GOOGLE LLC; et al.,<br><br>        Defendants - Appellants. | No. 23-15285<br><br>D.C. No. 3:20-cv-05761-JD<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

    The amicus brief submitted by American Tort Reform Association, Chamber of Commerce of the United States of America, Computer & Communications Industry Association, International Association of Defense Counsel and Pharmaceutical Research and Manufacturers of America on June 15, 2023 is filed.

    Within 7 days of this order, amici curiae are ordered to file 6 copies of the brief in paper format with green covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted

electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT