# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 20. Notice of Intent to Unseal

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form20instructions.pdf

**9th Cir. Case Number(s):** 23-15285

**Case Name:** Carr v. Google LLC (In re Google Play Store Antitrust Litigation)

Pursuant to Circuit Rule 27-13(f), I intend to file the following document or set of documents publicly although the document or set of documents were filed under seal in the district court or agency. The document or set of documents filed herewith provisionally under seal are:

See attached pages

☒ I understand that unless any other party files a motion to maintain the seal **within 21 days**, these documents will be unsealed without further notice.

Position of the other party or parties, if known:

**Signature:** /s/ Adam L. Hoeflich    **Date:** 7/31/2023

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 20**                                                                 Rev. 07/01/2019

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s)** | 23-15285

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)*:

Notice of Intent to Unseal (Form 20); Answering Brief for Plaintiffs-Appellees

**Signature** | /s/ Adam L. Hoeflich    **Date** | 7/31/2023

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 15                                                                                          Rev. 12/01/2018

## List of Documents Filed Provisionally Under Seal

Answering Brief for Plaintiffs-Appellees (Provisionally-Sealed), which contains excerpts from the following material filed previously under seal with the District Court:

1.     Declaration of Karma M. Giulianelli in Support of Consumer Plaintiffs' Reply in Support of Class Certification Exhibit 73 - March 11, 2022 Deposition Transcript of Daniel Scalise

2.     Declaration of Christian Cramer In Support of Joint Omnibus Administrative Motion to Seal Exhibit A58 – Power Point Presentation: Program Review: Apps Spend. Dated October 2015

3.     Declaration of Christian Cramer In Support of Joint Omnibus Administrative Motion to Seal Exhibit A53 – Defendants' Motion to Exclude Testimony of Hal J. Singer (Excerpts)

4.     Declaration of Christian Cramer In Support of Joint Omnibus Administrative Motion to Seal Exhibit A45– Defendants' Opposition to Plaintiffs' Class Certification Motion (Excerpts)

5.     Declaration of Karma M. Giulianelli in Support of Consumer Plaintiffs' Motion for Class Certification Exhibit 57 - Google document at bates number GOOG-PLAY-004506631 – 33

6.     Declaration of Christian Cramer In Support of Joint Omnibus Administrative Motion to Seal Exhibit A40 – Power Point Presentation: Google - Play Business Model Thoughts (Excerpts)

7.     Declaration of Christian Cramer In Support of Joint Omnibus Administrative Motion to Seal Exhibit A39 – Excerpts from Deposition of Paul Bankhead (held 5/12/2022) (Excerpts)

8.     Declaration of Karma M. Giulianelli in Support of Consumer Plaintiffs' Motion for Class Certification Exhibit 53 - July 27, 2009 Email exchange between Eustance and Rubin

9. Declaration of Karma M. Giulianelli in Support of Consumer Plaintiffs' Motion for Class Certification Exhibit 45 - Google presentation titled Amazon Underground User Experience at bates number GOOG-PLAY-000297309.R - 29.R (Excerpts)

10. Declaration of Christian Cramer In Support of Joint Omnibus Administrative Motion to Seal Exhibit A26 – Email: Hoffeld to Hartrell re xCloud - Google Play meeting at Gamescom. Dated 8/24/2019

11. Declaration of Christian Cramer In Support of Joint Omnibus Administrative Motion to Seal Exhibit A5 – Expert Report of Dr. Michelle M. Burtis (Excerpts)

12. Declaration of Christian Cramer In Support of Joint Omnibus Administrative Motion to Seal Exhibit A3 – Class Certification Reply Report of Hal J. Singer, Ph.D. (Excerpts)

13. Declaration of Christian Cramer In Support of Joint Omnibus Administrative Motion to Seal Exhibit A2 – Class Certification Report of Hal J. Singer, Ph.D. (Excerpts)

14. Declaration of Christian Cramer In Support of Joint Omnibus Administrative Motion to Seal Exhibit A1 – Consumer Plaintiffs' Motion for Class Certification