No. 23-15285

ORAL ARGUMENT SCHEDULED FOR SEPTEMBER 11, 2023

IN THE

# United States Court of Appeals for the Ninth Circuit

IN RE GOOGLE PLAY STORE ANTITRUST LITIGATION

MARY CARR, ET AL. V. GOOGLE LLC, ET AL.

Interlocutory Appeal from the
United States District Court for the Northern District of California
No. 21-md-2981; No. 20-cv-5761
District Judge James Donato

**REPLY IN SUPPORT OF APPELLANTS' MOTION FOR LIMITED REMAND UNDER FEDERAL RULE OF APPELLATE PROCEDURE 12.1(b) AND TO REMOVE THIS CASE FROM THE ORAL ARGUMENT CALENDAR FOR SEPTEMBER 11, 2023**

Katherine B. Wellington
HOGAN LOVELLS US LLP
125 High St., Suite 2010
Boston, MA 02110

Neal Kumar Katyal
Jessica L. Ellsworth
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
neal.katyal@hoganlovells.com

*Counsel for Defendants-Appellants*

August 29, 2023

*(Additional Counsel Listed on Signature Page)*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1(a), Defendants-Appellants state as follows:

Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Google Payment Corp. is a subsidiary of Google LLC. Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Google Commerce Ltd. is an indirect subsidiary of Google LLC. Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company owns more than 10% of Alphabet Inc.'s stock.

Google Ireland Limited is an indirect subsidiary of Google LLC. Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company owns more than 10% of Alphabet Inc.'s stock.

Google Asia Pacific Pte. Ltd. is an indirect subsidiary of Google LLC. Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc.,

a publicly traded company; no publicly traded company owns more than 10% of Alphabet Inc.'s stock.

/s/ Neal Kumar Katyal
Neal Kumar Katyal

ii

The parties agree on what should happen in this Court now: This Court should issue a limited remand, with this Court retaining jurisdiction, under Federal Rule of Appellate Procedure 12.1, and it should remove the case from the imminent September 11, 2023 argument calendar.

Plaintiffs indicate (at 1) that, on remand, they will ask the District Court to exercise "discretion after hearing from the parties" to diverge from the District Court's indicative ruling in the "Order re Decertification and Class Notice," where it stated that "the order granting certification should be vacated." ECF 589. But the plain language of the District Court's indicative ruling is a clear expression of the District Court's intent as to how it would rule if it had authority to do so, and this Court should issue a limited remand order so that the District Court can take action consistent with that clear intention. Given Plaintiffs' suggestion that they may oppose decertification, the Court should also retain jurisdiction as contemplated by Rule 12.1 until the District Court has ruled.

In addition, Google disagrees with Plaintiffs' suggestion (at 2) that this Court should dismiss this appeal "[o]nce the District Court takes further steps in accordance with its orders" unless the further step taken by the District Court is to decertify the class. This Court does not need to take up the question of next steps in this appeal, however, until the District Court has ruled and Google has notified this Court of the ruling. *See* Fed. R. App. P. 12.1(b) (discussing this procedure).

## CONCLUSION

For the foregoing reasons, and those in Google's motion, Google respectfully requests that this Court issue a limited remand, while retaining jurisdiction, so that the District Court can decertify the class as contemplated by its August 28, 2023, order. Google also requests that this Court remove this case from the upcoming oral argument calendar set for Monday, September 11, 2023.

Respectfully submitted,

August 29, 2023 /s/ Neal Kumar Katyal

| | |
|---|---|
| Katherine B. Wellington | Neal Kumar Katyal |
| HOGAN LOVELLS US LLP | Jessica L. Ellsworth |
| 125 High St., Suite 2010 | HOGAN LOVELLS US LLP |
| Boston, MA 02110 | 555 Thirteenth Street NW |
| Telephone: (617) 702-7745 | Washington, DC 20004 |
| Facsimile: (617) 371-1037 | Telephone: (202) 637-5600 |
| katherine.wellington@hoganlovells.com | Facsimile: (202) 637-5910 |
| | neal.katyal@hoganlovells.com |
| Brian C. Rocca | |
| Sujal J. Shah | Kyle W. Mach |
| Michelle Park Chiu | Justin P. Raphael |
| Minna Lo Naranjo | Emily C. Curran-Huberty |
| Rishi P. Satia | MUNGER, TOLLES, & OLSON LLP |
| MORGAN, LEWIS & BOCKIUS LLP | 560 Mission Street |
| One Market, Spear Street Tower | Twenty Seventh Floor |
| San Francisco, CA 94105 | San Francisco, CA 94105 |
| Telephone: (415) 442-1000 | Telephone: (415) 512-4000 |
| Facsimile: (415) 422-1001 | Facsimile: (415) 512-4077 |
| brian.rocca@morganlewis.com | kyle.mach@mto.com |
| Richard S. Taffet | Glenn D. Pomerantz |
| MORGAN, LEWIS & BOCKIUS LLP | Kuruvilla Olasa |
| 101 Park Avenue | MUNGER, TOLLES, & OLSON LLP |
| New York, NY 10178 | 350 South Grand Avenue |
| Telephone: (212) 309-6000 | Fiftieth Floor |

2

Facsimile: (212) 309-6001  
richard.taffet@morganlewis.com

Los Angeles, CA 90071  
Telephone: (213) 683-9100  
Facsimile: (415) 512-4077  
glenn.pomerantz@mto.com

*Counsel for Defendants-Appellants*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(C) and 9th Circuit Rule 27-1 because it contains 317 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 27(a)(2)(B).

This motion complies with the typeface and typestyle requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in Times New Roman 14-point font.

/s/ Neal Kumar Katyal
Neal Kumar Katyal

## CERTIFICATE OF SERVICE

I certify that on August 29, 2023, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all registered users.

<u>/s/ Neal Kumar Katyal</u>
Neal Kumar Katyal