FILED

OCT 3 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

In re: GOOGLE PLAY STORE ANTITRUST LITIGATION,

_____

MARY CARR, Individually and on behalf of all others similarly situated; et al.,

    Plaintiffs-Appellees,

v.

GOOGLE, LLC; et al.,

    Defendants-Appellants,

_____

AMAZON.COM LLC,

    Intervenor.

No. 23-15285

D.C. No. 3:20-cv-05761-JD
Northern District of California,
San Francisco

ORDER

Google's motion to maintain portions of plaintiffs' response brief and supplemental excerpts of record under seal (Dkt. #117) is **GRANTED**.

The parties' joint motion to voluntarily dismiss this appeal (Dkt. #125) is **GRANTED**. Fed. R. App. P. 42(b). Each party shall bear its own costs and fees on appeal. A copy of this order shall constitute the mandate of this Court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT